Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
\_\_Middle\_\_ District of \_\_Florida\_\_
\_\_Tampa\_\_ Division

Plaintiff(s):
#1. Frank Brett
#2. Brian Lombardo - Cop
#3. Virginia Roberts Guiffre

Case No. 8:25cv2279-MSS-SPF
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

-v-

Defendant(s):
#1. Joe Biden
#2. Merrick Garland
#3. Hunter Biden
#4. Kamala Harris + Husband Doug Emhoff
#5. Bridget Ann Kelly
#6. David Fox
#7. Jeff + Mark Epstein/Gan
#8. Mr. Chin
#9. Dexter + Judith McCollough
#10. Mr. Rowds
#11. Mr. Hoight
#12. Mr. Mourning
#13. Mrs. Waters
#14. Mrs. Early
#15. Peter Mooren McClenth

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

#16. Robert Rockwell - Salvation Army
#17. Tom Petty - City Mission + all Employees
#18. Rev. Hall + Orlando Rescue Mission
#19. John Morgan Attorney
#20. University of Florida Hospital
#21. J.P. Morgan Bank - Joe Stated
#22. Christine Sukel + sister
#23. Currydone, Marvin + Ricky Gertz
#24. Mr. Bell
#25. Mr. Sloat
#26. Mr. Reeve
#27. Emily Tavares Walken
#28. Lane + Heath Sators
#29. Jack Right
#30. Mr. Service
#31. Joe Hovell

#32. 3 Black Men & 9 marshalls at the entrance to Federal Courthouse called out my civil rights and bent prejudice. They hurt my spirit.

#33. Many unknown Blackman called out my civil rights in FL. Death 3 of 14 White Babies + Children prejudice.

Page 1 of 6

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Joe Biden
Street Address: 10th And Constitution Ave, NW
County, City: Washington, DC, 20530
State & Zip Code: Washington, DC, 20530

Defendant No. 2
Name: Merrick Garland
Street Address: 10th and Constitution Ave, NW
County, City: Washington, DC, 20530
State & Zip Code: Washington, DC, 20530

Defendant No. 3
Name: Hunter Biden
Street Address: 10th And Constitution Ave, NW
County, City: Washington, DC, 20530
State & Zip Code: Washington, DC, 20530

Defendant No. 4
Name: Kamala Harris + Husband Doug Emhoff
Street Address: 10th and Constitution Ave, NW
County, City: Washington, DC, 20530
State & Zip Code: Washington, DC, 20530

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? (check all that apply)
☐ Federal Questions
☐ Diversity of Citizenship
☐ U.S. Government Plaintiff
☒ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Title 19 USC (A)(1) D(1) - US Courts Did Not Protect Cops and Pertains to Immediate Family Members And My Biblical And My Police Partners and Friends were Murdered as a Result.

-2-

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Florida__

B. What date and approximate time did the events giving rise to your claim(s) occur? __From 2003-2025__

C. Facts: [What happened to you?]

U.S. Attorney General (M.R. Benson Fired) + Paul Fishman, Bridgegate in NY. Independence Blue Cross Insurance Case, Miller Pa, Florida. Donald Trump Obstructed Justice in 7 Corruption Cases I was involved with Jeff Sessions.

Vincent Groce Stole 16 Million dollars from Blue Cross. He Tried to Kill Me with Law FIRM David Kline - Fired - by Felicia Bruno Fired IN 7/23/03.

Joe Biden obstructed Justice in all 7 Corruption cases with Democrat Congress Man Robert O'Brady from South Philadelphia, Pa. Joe Biden used the Black Woman Boss of the Wilmington Delaware Health Department.

[Who did what?]

They Hired Mike Winasach and Mathew Andonio + Sonny Herman + US Marshes from Kings Bay Naval Base in with Christin Sabel Family. I Saw Christine Sabels - 40's yrs old Female cousin with Mike Winasach on Fort Lauderdale, FL Beach on 11/17/24. I had a broken foot in 2 places and had a Cast on Foot. Emily Tavaras had run me over My 1st Day in Florida and she tried to

[Was anyone else involved?] Get away -

Yes - Michael Shapiro + Simon Law FIRM - Corrupted. Also Hugh Brackem + Frank Cutuna Law Team Corrupted.

[Who else saw what happened?]

Police Reports from FL State Police and My Tapes were Running as an Undercover Informant on 7/23/03 at Kings Bay Georgia Naval Base, Fl.
I Showed the Tapes to Steve Carramonete a Federal Court clerk in 2009.

- 3 -

Rev. 10/2009

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. They broke My Right Knee Cap in 1/3/18. Benny McCrae + Cecil McCrae Gang Captain Doyle Phila Police Male Cousin Fired University of Iowa went over 1500 miles to Westport, California picked me up by my testicles and broke them in 2016. He called me a Gay Bitch. This is a hate crime, I'm Not Gay but I posed as a Gay Man with my brothers Federal Team, U.S. Customs, in 7/2003 in Key West, FL where U.S. Customs made a big drug bust. The Drug Bust could have been better. My brothers apartment was bugged by Louis Gualalopez and Jim unknown and Century 21 employees and 9 board members illegally with the Catholic Church and Bay Meadows Catholic Church and also United Methodist Church of Christ with Fired Reverend Phil. M. Both the Secretary Latin woman and Greatt Shumit Mr. Torres was illegally in with Christ Church and Reverend Phil. M. Louis Gualalopez was in with Richard Torres Councilman From the Bronx 5, NY. and Anna Cortez Congresswoman from The Bronx 5, NY. I would see Sheraff Torres in with Mr McMahon, Mr Roads, Mr Service, Mr. Vasquez, Fired Mrs Guzman and Fired Ms. Melinda Bosch and Hells Angels Terry Maintenance Man all Fired from the Subdivision

V. Relief: Army in Orlando, FL for their crimes against me.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would Like 3 million dollars from Each defendant Injunction from abuse Against Robert Combs Sheriff St. Johns County, FL. and his Cousin Mr. Combs at Orange County Sheriff at Orange County Corrections with Mr Price, Mr Walker, John White, Mr. Hardy L, Mrs. Robinson, Dave Williams, Mr Woodward and Mr Rodriguez, David Graham, Mr. Pena, Sgt. Wilson White Man and Soft noseed Latin Man and Bohemian Gaucal Mr. Osenbuhr all criminal and Oriental women unknown Mr Combs.

Pg. 4

I declare under penalty of perjury that the foregoing is true and correct.

Signed th[e] 22nd of August, 20 25

Signature of Plaintiff _Frank Brett_
Mailing Address _222 Johnston St_
_Philadelphia, PA 19148_

Telephone Number ____
Fax Number *(if you have one)* ____
E-mail Address ____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Frank Brett_

- 5 -